*In re* **YOUNG**, Patrick W. (MR 21089)
Gary, IN

Order of the Court:

The petition by the Administrator of the Attorney Registration and Disciplinary Commission to impose reciprocal discipline pursuant to Supreme Court Rule 763 is allowed, and respondent Patrick W. Young, who has been disciplined in the State of Indiana, is reprimanded in the State of Illinois.